United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 5, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20054
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

VICTOR PARKER,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-224-1
--------------------

Before KING, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Victor Parker has renewed his motion for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Parker has not filed a response. Counsel avers that Parker has served his term of incarceration and is not being supervised. Based on our review of the record and counsel's representations, we conclude that there is no nonfrivolous issue for appeal. See United States v. Clark, 193 F.3d 845, 847-48 (5th Cir. 1999). Accordingly, the motion for leave to withdraw is GRANTED, counsel

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is excused from further responsibilities herein, and the APPEAL

IS DISMISSED.